IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br><br>PETER BUBAN and<br>LOLITA BUBAN,<br><br>    Debtors.<br><br>LUZ C. GREENWOOD<br><br>                        Plaintiffs,<br><br>v.<br><br>PETER BUBAN and<br>LOLITA BUBAN,<br><br>                        Defendants. | Chapter 7<br><br>Case No. 04-13850-SSC<br><br>Adv. No. 04-1068<br><br>ORDER INCORPORATING MEMORANDUM DECISION DATED AUGUST 15, 2005<br><br>(Opinion to Post) |

Based upon this Court's Memorandum Decision dated August 15, 2005, which is incorporated herein by reference:

IT IS ORDERED that the Plaintiff's Motion for Summary Judgment is GRANTED.

IT IS FURTHER ORDERED that the Plaintiff shall submit a judgment in the principal amount of $31,594.83, statutory costs in the amount of $334.00, attorney's fees in the amount of $10,857.50, plus interest at 10% per annum or the highest rate allowed by Arizona law, until the judgment is paid in full.

IT IS FURTHER ORDERED that the judgment of the arbitrator in Case No. CV2003-018437, Superior Court for the State of Arizona, Maricopa County, shall be deemed

nondischargeable pursuant to 11 U.S.C. § 523(a)(2)(A) as to Peter and Lolita Buban, including their community, and sole and separate property.

DATED this 15th day of August, 2005.

*/s/ Sarah Sharer Curley*
Honorable Sarah Sharer Curley
U. S. Bankruptcy Judge

BNC TO NOTICE